UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
666 Third Avenue, Floor 29
New York, New York 10017
(212) 545-4000
Kevin G. Lauri
Daniel D. Schudroff
Arielle V. Garcia
*Attorneys for Defendants*

| | |
|---|---|
| KATHLEEN SARTORIS,<br><br>                    Plaintiff,<br><br>    v.<br><br>PFIZER INC., KEVIN WILLIAMS, TIM HYLAN, JANE DOE 1-5, JOHN DOE 1-5, the names John and Jane Doe being fictional, represent persons unknown to Plaintiff, who work at Pfizer and made or knowingly approved discriminatory adverse action be taken against Plaintiff based on sex or gender, including Plaintiff's termination,<br><br>                    Defendants. | 16-cv_____( )<br><br>**NOTICE OF REMOVAL** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Defendants PFIZER INC. ("Pfizer"), KEVIN WILLIAMS ("Williams"), and TIMOTHY HYLAN (incorrectly named "Tim Hylan" and hereinafter referred to as "Hylan") (collectively "Defendants"), by and through their undersigned attorneys, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, respectfully seek removal of this action and state:

    1.    Kathleen Sartoris ("Plaintiff") purported to institute a civil action in the

Supreme Court of the State of New York, County of New York by filing a Summons with Notice on or about July 10, 2016. The Clerk assigned Index No. 155711/2016 to the action (hereinafter referred to as the "State Action"). A true and correct copy of the Summons with Notice is attached hereto as Exhibit "A."

2. The Summons with Notice has not been served on any of the Defendants.

3. The Summons with Notice constitutes all process, pleadings and orders in the State Action. Defendants did not serve an Answer or other responsive pleading to Plaintiff's Summons with Notice in the State Action and made no appearance or argument whatsoever in the State Action.

4. This action is one which may be removed to this Court by Defendants, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, because this action arises under the Constitution, laws, or treaties of the United States.

5. This Notice is timely pursuant to 28 U.S.C. § 1446(b) because it is filed with this Court before service of the Summons with Notice has been effectuated on any of the Defendants, and before any proceedings were had thereupon in the Supreme Court of the State of New York, County of New York.

6. All Defendants consent to this removal.

## THE PARTIES

7. Plaintiff, upon information and belief, is a resident of the State of New York.

8. Pfizer is a Delaware corporation, with its principal place of business in the State of New York.

9. Williams is a citizen of New York State.

10. Hylan is a citizen of New York State.

## THE STATE COURT ACTION

11. Plaintiff alleges, inter alia, that, Defendants caused Plaintiff to suffer unlawful termination on the basis of her sex and gender in violation of the New York City Human Rights Law, the New York State Human Rights Law, and Title VII of the 1964 Civil Rights Act.

## THE COURT'S REMOVAL JURISDICTION

12. 28 U.S.C. § 1441 provides the basis for removal jurisdiction of this Court in this action. That section provides, in pertinent part:

> any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

13. Plaintiff's Summons with Notice asserts federal law claims under Title VII of the 1964 Civil Rights Act. As a result, such claims are within the original jurisdiction of this Court based upon federal question jurisdiction pursuant to 28 U.S.C. § 1331, which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

14. Accordingly, the State Action is removable to this Court under 28 U.S.C. § 1441.

15. Defendants submit this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief may be granted.

16. Defendants will promptly notify the Supreme Court of the State of New York, County of New York, and all adverse parties of this Notice of Removal by filing with the

Court a Notice of Filing of Notice of Removal and serving a copy of same on all parties. A copy of that notification, without this duplicate exhibit, is annexed hereto as Exhibit "B."

Dated: New York, New York
       August 9, 2016

                                       Respectfully submitted,

                                       JACKSON LEWIS P.C.
                                       *ATTORNEYS FOR DEFENDANTS*
                                       666 Third Avenue, Floor 29
                                       New York, New York 10017
                                       (212) 545-4000
                                       (212) 972-3213 (Fax)

                                       Kevin G. Lauri
                                       Daniel D. Schudroff
                                       Arielle V. Garcia

# EXHIBIT A

SUPREME COURT: STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------x
KATHLEEN SARTORIS,                          Index No.:

                              Plaintiff,        **SUMMONS WITH NOTICE**

         -against-                       Index Purchased: July 10, 2016

PFIZER INC., KEVIN WILLIAMS, TIM HYLAN
JANE DOE 1-5, JOHN DOE 1-5, the names John
and Jane Doe being fictional, represent persons
unknown to Plaintiff, who work at Pfizer and made
or knowingly approved discriminatory adverse
action be taken against Plaintiff based on sex or
gender, including Plainitff's termination,

                              Defendants.
---------------------------------------------------------------x

Plaintiff designates New York County as the place of trial.
The basis of venue is CPLR Section 503.
Plaintiff lives in New York County.

To the above-named Defendants:

     **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorneys within **20** days after the service of this summons, exclusive of the day of service (or within **30** days after the service is complete if this summons is not personally delivered to you within the State of New York).
     Take notice that the nature of this action and the relief sought is to recover damages for unlawful termination on the basis of sex and gender judgment in violation of the New York City Human Rights Law, the New York State Human Rights Law, and Title VII of the 1964 Civil Rights Act, and that in the case of your failure to appear or answer, judgment will be taken against you by default for the sum of five million ($5,000,000.00) dollars.

Dated: New York, New York
       July 10, 2016            **MANGAN GINSBERG LLP**

                                      /s/

                              By: Michael P. Mangan
                              *Attorneys for Kathleen Sartoris*
                              80 Maiden Lane, Suite 304
                              New York, New York 10005
                              (212) 248-2170

SEE ATTACHED SERVICE LIST FOR ADDRESS OF DEFENDANTS

Mr. Doug Lankler
Executive Vice President & General Counsel
Pfizer, Inc.
235 East 42nd Street
New York, New York 10017

Tim Hylan
235 East 42nd Street
New York, New York 10017

Kevin Williams
235 East 42nd Street
New York, New York 10017

# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JACKSON LEWIS P.C.
666 Third Avenue, Floor 29
New York, New York 10017
(212) 545-4000
Kevin G. Lauri
Daniel D. Schudroff
Arielle V. Garcia
*Attorneys for Defendants*

| | |
|---|---|
| KATHLEEN SARTORIS,<br><br>                    Plaintiff,<br><br>v.<br><br>PFIZER INC., KEVIN WILLIAMS, TIM HYLAN, JANE DOE 1-5, JOHN DOE 1-5, the names John and Jane Doe being fictional, represent persons unknown to Plaintiff, who work at Pfizer and made or knowingly approved discriminatory adverse action be taken against Plaintiff based on sex or gender, including Plaintiff's termination,<br><br>                    Defendants. | Index No. 155711/2016<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

TO:   Clerk of the Court
      Supreme Court of New York
      County of New York
      60 Centre Street
      New York, New York 10007

      Mangan Ginsberg LLP
      Michael P. Mangan
      *Attorneys for Kathleen Sartoris*
      80 Maiden Lane, Suite 304
      Manhattan, New York 10005
      (212) 248- 2170

PLEASE TAKE NOTICE that on August 9, 2016, Defendants PFIZER INC.,

KEVIN WILLIAMS and TIMOTHY HYLAN (incorrectly named herein as "Tim Hylan"), by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, filed the attached Notice of Removal for the above-captioned action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York. A copy of the Notice of Removal is attached hereto as Exhibit "1."

Dated: New York, New York
August 9, 2016

                                       Respectfully submitted,

                                       JACKSON LEWIS P.C.
                                       *ATTORNEYS FOR DEFENDANTS*
                                       666 Third Avenue, Floor 29
                                       New York, New York 10017
                                       (212) 545-4000
                                       (212) 972-3213 (Fax)

                                       _____
                                       Kevin G. Lauri
                                       Daniel D. Schudroff
                                       Arielle V. Garcia

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2016, I caused to be served Defendants' Notice of Removal via Federal Express overnight mail on counsel for the Plaintiff at the following address:

Mangan Ginsburg LLP
Michael P. Mangan
*Attorneys for Kathleen Sartoris*
80 Maiden Lane, Suite 304
Manhattan, New York 10005
(212) 248- 2170

_____
Arielle V. Garcia